204

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Justin HAWKINS, a/k/a Main,
Defendant–Appellant.**

No. 14–6000.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 27, 2014.

Decided: March 5, 2014.

Justin Hawkins, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Shailika K. Shah, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin Hawkins appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hawkins,* No. 5:98–cr–00016–BO–1 (E.D.N.C. Dec. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-fore this court and argument would not aid the decisional process.

*AFFIRMED.*